## The State *v*. Meeks.

APPEAL from order of judge of probate of Bibb county. Heard before the Hon. W. L. PRATT.

MASSEY WILSON, Attorney-General, for the State.

ELLISON & THOMPSON, for appellee.

The appellee in this case was indicted for murder. Thereafter he filed a petition for *habeas corpus* addressed to the judge of probate of Bibb county, asking for bail. Upon the hearing of such petition the probate judge ordered that the petitioner be allowed bail, and fixed the amount of his bond at $2,000. From this order of the probate judge admitting the petitioner to bail, the State prosecutes the present appeal.

The order of the probate judge allowing bail is here reversed and set aside, and a judgment is rendered that the petitioner remain in custody until duly discharged by law.

Opinion PER CURIAM.

———

## Fowlkes *v*. The State.

APPEAL from the City Court of Montgomery. Tried before the Hon. WILLIAM H. THOMAS.

L. A. SANDERSON, for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant in this case, Jim Fowlkes, was indicted, tried and convicted for carrying a pistol concealed about his person.

The judgment of conviction is affirmed.

Opinion by SHARPE, J.